asserts that the BAP erred in affirming the Bankruptcy Judge's finding that the trustee had failed to prove that HBOC–NW received less than reasonably equivalent value.

We agree that Ehrenberg failed to produce any evidence that less than reasonably equivalent value was given to HBOC–NW in exchange for the funds that were paid to HBN at or about the critical time. Thus, the BAP did not err in affirming the Bankruptcy Judge's finding.

Because we cannot say that the Bankruptcy Judge clearly erred in finding that the funds transferred to HBN were for HBOC–NW's payroll, Ehrenberg's state law fraudulent transfer claim must also fail.

**AFFIRMED.**

Christopher J. Wei, Esq., Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: NOONAN, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM **

We adopt the opinion of the district court and **affirm** its judgment.

---

**George MENDOZA, Petitioner—Appellant,**

v.

**Joseph MCGRATH, Warden, Respondent—Appellee.**

No. 07–15912.

United States Court of Appeals, Ninth Circuit.

Submitted March 14, 2008.*

Filed March 19, 2008.

Donald B. Marks, Esq., Marks & Brooklier, Los Angeles, CA, for Petitioner–Appellant.

**UNITED STATES of America, Plaintiff—Appellant,**

v.

**Christopher Lee JOHNSON, Defendant—Appellee.**

No. 07–30137.

United States Court of Appeals, Ninth Circuit.

Submitted March 4, 2008.*

Filed March 19, 2008.

Timothy J. Racicot, Esq., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. Fed.